No. 6939.

NEW YORK GUARANTY AND INDEMNITY CO. VS. THE BOARD OF LIQUIDATION.

When bonds of this State have been issued under a legislative act to the Mississippi and Mexican Gulf Ship Canal Company, directing that bonds to a given amount shall be issued upon the completion of the first mile of the work, and a like quantity of bonds upon each succeeding mile, and that the Governor shall issue them upon the certificate of the engineer that so much of the work has been completed; *held,* that this certificate is not conclusive, when those bonds are presented for funding under an act that requires the court to investigate and decide whether they have been issued "in strict conformity to law and for a valid consideration," but that the court will go behind the certificate, and if it finds the bonds were fraudulently issued, will refuse to permit them to be funded, even when in the hands of third parties who had no knowledge of the fraud and who had acquired them for a valid consideration.

APPEAL from the Fifth District Court of New Orleans.　ROGERS, J.

*Kennard, Howe & Prentiss* for Plaintiff Appellant.　The Assistant Attorney-General for the Defendant.

EGAN, J., delivered the opinion affirming the judgment.

No. 6790.

WARREN VAN NORDEN VS. LEEDS & CO. ET ALS.

Where one is a pledgee of only a fractional part of a chose in action, he cannot prevent by injunction other creditors of the holder and owner of it from seizing the part not pledged.

APPEAL from the Third District Court of New Orleans.　MONROE, J.

*Lacey & Butler* for Plaintiff Appellant.　*Breaux, Fenner & Hall* for Defendants.

EGAN, J., rendered the opinion reversing the judgment, and a rehearing was granted. On rehearing SPENCER, J., delivered the opinion, setting aside the former decree and affirming the judgment, WHITE, J., sitting *vice* EGAN, J., deceased.